EMMA REED v. TOMMIE HAMILTON.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL DOLINER AND CENTRAL
JERSEY MENTAL HEALTH CENTER, INC.

June 28, 1983.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHN PALMIERI.

June 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD RHINESMITH
AND JOSEPH RHINESMITH.

June 28, 1983.

Petition for certification denied.